# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS HUMBERTO SANCHEZ,<br><br>    Defendant. | Case No.: 12CR4437-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS WITH PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: _11-14-13_ .

_____
HONORABLE NITA L. STORMES
United States Magistrate Judge